IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRISTAN DON BOWENS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. CIV-22-161-R |
| | ) |
| SCOTT CROW, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Before the Court is United States Magistrate Judge Shon T. Erwin's Report and Recommendation recommending that the undersigned should dismiss Petitioner Tristan Don Bowens's action for failure to pay his requisite filing fee. Doc. No. 10.  On April 19, 2022, the Court held Judge Erwin's recommendation in abeyance and allowed Mr. Bowens twenty-one (21) days to pay his filing fee. Doc. No. 12. The Court additionally warned Petitioner that his failure to timely pay the filing fee would result in the adoption of the Report and Recommendation the dismissal of his action. *Id*. Mr. Bowens has not complied with the prior order. Accordingly, the Court ADOPTS the Report and Recommendation and dismisses this action without prejudice.

IT IS SO ORDERED this 19th day of May 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE